**DIOMED, INCORPORATED, Plaintiff–Appellee,**

v.

**ANGIODYNAMICS, INCORPORATED, Defendant,**

and

**Vascular Solutions, Inc., Defendant–Appellant.**

**No. 2007–1475.**

United States Court of Appeals, Federal Circuit.

May 1, 2008.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).